| | |
|---|---|
| 1 | Laurence F. Padway (SBN 083914) |
|   | Law Offices of Laurence F. Padway |
| 2 | 1516 Oak Street, Suite 109 |
|   | Alameda, CA 94501 |
| 3 | Telephone: (510) 814-6100 |
|   | Facsimile: (510) 814-0650 |
| 4 | |
|   | Attorneys for Heather Conner |
| 5 | |
|   | Sean P. Nalty (SBN 121253 |
| 6 | Dennis J. Rhodes (SBN 168417) |
|   | Wilson, Else, Moskowitz, Edelman and Dicker, LLP |
| 7 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105 |
| 8 | |
|   | Telephone:    (415)433-0990 |
| 9 | Facsimile:    (415) 434-1370 |
| 10 | Attorney for defendant and Real Party |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER, | Case No. C09-02487 JSW |
| Plaintiff, | |
| vs. | STIPULATION AND ~~(PROPOSED)~~ ORDER TO AMEND COMPLAINT |
| RELIANCE STEEL & ALUMINUM CO.'s LONG TERM DISABILITY PLAN, | |
| Defendant, and | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest | |

Whereas, the Amended Complaint for ERISA Benefits was filed by Plaintiff Heather Conner on June 12, 2009; and

Whereas, Plaintiff Heather Conner desires to add an additional claim for relief

Stipulation re 2nd Amended Complaint                Page 1 of 2

1  interest; and

3  Whereas, defendant and real party have not yet answered either the original or
4  first amended complaint,

6  Now, therefore, the parties hereby stipulate that plaintiff may file a second
7  amended complaint, to be filed no later than five days after entry of the order on this stipulation,
8  and defendant and real party to file a response thereto within 30 days from the filing thereof.

10 Dated:  July 7, 2009

12 /s/                                             /s/
   Laurence F. Padway                Sean P. Nalty
13 Attorney for plaintiff                 Wilson, Elser, Moskowitz,
                                                        Edelman and Dicker, LLP

[~~Proposed~~] Order

On stipulation of the parties, it is so ordered.

July 8 , 2009

_____
Hon. Jeffrey S. White
Judge of the United States District Court

28 Stipulation re 2nd Amended Complaint          Page 2 of 2