Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Heather Conner

Sean P. Nalty (SBN 121253
Dennis J. Rhodes (SBN 168417)
Wilson, Else, Moskowitz, Edelman and Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

Telephone:   (415)433-0990
Facsimile:   (415) 434-1370

Attorney for defendant and Real Party

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STEEL & ALUMINUM CO.'s LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant, and<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Real Parties in Interest | Case No. C09-02487 JSW<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER TO AMEND COMPLAINT |

Whereas, the Amended Complaint for ERISA Benefits was filed by Plaintiff Heather Conner on June 12, 2009; and

Whereas, Plaintiff Heather Conner desires to add an additional claim for relief

Stipulation re 2nd Amended Complaint　　　　Page 1 of 2

interest; and

Whereas, defendant and real party have not yet answered either the original or first amended complaint,

Now, therefore, the parties hereby stipulate that plaintiff may file a second amended complaint, to be filed no later than five days after entry of the order on this stipulation, and defendant and real party to file a response thereto within 30 days from the filing thereof.

Dated: July 7, 2009

/s/ _____
Laurence F. Padway
Attorney for plaintiff

/s/ _____
Sean P. Nalty
Wilson, Elser, Moskowitz,
    Edelman and Dicker, LLP

[Proposed] Order

On stipulation of the parties, it is so ordered.

July 8 , 2009

_____
Hon. Jeffrey S. White
Judge of the United States District Court

Stipulation re 2nd Amended Complaint      Page 2 of 2