SEAN P. NALTY (SBN 121253)
SHEENA V. JAIN (SBN 251912)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and RELIANCE STEEL & ALUMINUM CO.'S
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER,<br><br>        Plaintiff,<br><br>   v.<br><br>RELIANCE STEEL & ALUMINUM CO.'S<br>LONG TERM DISABILITY PLAN,<br><br>        Defendant.<br>_____<br><br>LIFE INSURANCE COMPANY OF NORTH<br>AMERICA,<br><br>        Real Party In Interest.<br>_____ | Case No.:  CV09-2487 JSW<br><br>**JOINT PROPOSED SCHEDULE &<br>DECLINATION TO ASSIGNMENT TO<br>A MAGISTRATE JUDGE<br>AND ORDER THEREON** |

Per the Court's Civil Minute Order, counsel met and conferred and propose the following

schedule in the above-captioned matter:

Last day to file motion for entitlement to discovery: October 27, 2009

Dispositive motions filed: February 19, 2010  at 9:00 a.m.

Pre-trial conference: ~~April 19, 2010~~   April 26, 2010 at 2:00 p.m.

Trial date: ~~May 10, 2010~~    May 17, 2010 at 8:00 a.m.

1

476159.1

1    Furthermore, the undersigned parties hereby decline to consent to the assignment of this

2  case to a United States Magistrate Judge for trial and disposition.

3

4                                    LAW OFFICES OF LAURENCE F. PADWAY

5

6  Date: September 18, 2009      By___/s/_____

7                                        LAURENCE F. PADWAY
                                         Attorney for Plaintiff

8                                        HEATHER CONNER

9

10  Date:  September 18, 2009    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

11

12

13                               By:___/s/_____
                                     SEAN P. NALTY

14                                   SHEENA V. JAIN
                                     Attorneys for Defendants

15                                   LIFE INSURANCE COMPANY OF NORTH AMERICA
                                     and RELIANCE STEEL & ALUMINUM CO.'S

16                                   LONG TERM DISABILITY PLAN

17

18

19              IT IS SO ORDERED
                AS MODIFIED

20              Judge Jeffrey S. White

21

22                                   Dated:  September 22, 2009

23

24

25

26

27                                          2

     JOINT PROPOSED SCHEDULE & DECLINATION TO ASSIGNMENT TO A MAGISTRATE JUDGE
28                                   USDC NDCA Case #CV09-2487 JSW

476159.1