1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    HEATHER CONNER,

10            Plaintiff,                              No. C 09-02487 JSW

11      v.

12   RELIANCE STEEL & ALUMINUM CO.'s        **ORDER SETTING BRIEFING**
     LONG TERM DISABILITY PLAN,             **SCHEDULE**
13
              Defendant.
14   _____/

15
         This matter is set for a hearing on January 15, 2010 on Plaintiff's for an order directing
16
     Defendants to augment the administrative record and for leave to conduct discovery.  The Court
17
     HEREBY ORDERS that an opposition to the motion shall be filed by no later than November
18
     12, 2009 and a reply brief shall be filed by no later than November 20, 2009.
19
         If the Court determines that the matter is suitable for resolution without oral argument, it
20
     will so advise the parties in advance of the hearing date.  If the parties wish to modify this
21
     schedule, they may submit for the Court's consideration a stipulation and proposed order
22
     demonstrating good cause for any modification requested.
23
         **IT IS SO ORDERED.**
24

25
     Dated:  October 28, 2009                    _____
26                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
27

28