IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEATHER CONNER,

    Plaintiff,

v.

RELIANCE STEEL & ALUMINUM CO.'s
LONG TERM DISABILITY PLAN,

    Defendant.
_____/

No. C 09-02487 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 15, 2010 on Plaintiff's for an order directing Defendants to augment the administrative record and for leave to conduct discovery. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 12, 2009 and a reply brief shall be filed by no later than November 20, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 28, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE