1 | SEAN P. NALTY (SBN 121253)
  | SHEENA V. JAIN (SBN 251912)
2 | WILSON, ELSER, MOSKOWITZ,
  |   EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
  | San Francisco, CA 94105
4 | Telephone: (415) 433-0990
  | Facsimile: (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
& RELIANCE STEEL & ALUMINUM CO.'S
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HEATHER CONNER, | Case No.: CV09-2487 JSW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER** |
| RELIANCE STEEL & ALUMINUM CO.'S LONG TERM DISABILITY PLAN, | Date: January 15, 2010
Time: 9:00 a.m.
Crtrm: 11, 19th Floor |
| Defendant. | Location: San Francisco
Judge Jeffrey S. White |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Party In Interest. | |

Due to the complexity of the issues raised in Plaintiff's Motion for Order Directing Defendants to Augment the Administrative Record, the shortened briefing schedule ordered by the Court will not provide Defendants with sufficent time to locate key documents needed to adequately respond to Plaintiff's motion. Therefore, based on good cause, the parties hereby stipulate to modify the briefing schedule proposed by the Court in the Order dated October 28, 2009 as follows:

///

///

1. The opposition to the motion shall be filed no later than December 11, 2009.

2. The reply brief shall be filed no later than December 21, 2009.

**IT IS SO STIPULATED**

Date: November 10, 2009     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sheena V. Jain
SEAN P. NALTY
SHEENA V. JAIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
& RELIANCE STEEL & ALUMINUM CO.'S
LONG TERM DISABILITY PLAN

Date: November 10, 2009     LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorney for Plaintiff
HEATHER CONNER

[PROPOSED] ORDER

The Court hereby orders that defendants' opposition to plaintiff's motion for an order directing defendants to augment the administrative record shall be filed no later than December 11, 2009. Plaintiff's reply brief shall be filed no later than December 21, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: November 10, 2009

/s/ Jeffrey S. White
United States District Judge