1   SEAN P. NALTY  (SBN 121253)
    SHEENA V. JAIN (SBN 251912)
2   WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
3   525 Market Street, 17th Floor
    San Francisco, CA  94105
4   Telephone:     (415) 433-0990
    Facsimile:     (415) 434-1370
5
    Attorneys for Defendants
6   LIFE INSURANCE COMPANY OF NORTH AMERICA
    & RELIANCE STEEL & ALUMINUM CO.'S
7   LONG TERM DISABILITY PLAN

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10  HEATHER CONNER,                    Case No.:  CV09-2487 JSW

11              Plaintiff,

12         v.                          **STIPULATION TO MODIFY BRIEFING
                                       SCHEDULE; [PROPOSED] ORDER**
13  RELIANCE STEEL & ALUMINUM CO.'S
    LONG TERM DISABILITY PLAN,         Date:  January 15, 2010
14                                     Time:  9:00 a.m.
                Defendant.             Crtrm: 11, 19th Floor
15
                                       Location: San Francisco
16                                     Judge Jeffrey S. White

17  ─────────────────────────────
    LIFE INSURANCE COMPANY OF NORTH
18  AMERICA,

19              Real Party In Interest.

20

21         Due to the complexity of the issues raised in Plaintiff's Motion for Order Directing

22  Defendants to Augment the Administrative Record, the shortened briefing schedule ordered by the

23  Court will not provide Defendants with sufficent time to locate key documents needed to

24  adequately respond to Plaintiff's motion. Therefore, based on good cause, the parties hereby

25  stipulate to modify the briefing schedule proposed by the Court in the Order dated October 28, 2009

26  as follows:

27  / / /

28  / / /

                                          1

1        1.     The opposition to the motion shall be filed no later than December 11, 2009.

2        2.     The reply brief shall be filed no later than December 21, 2009.

3   **IT IS SO STIPULATED**

5   Date: November 10, 2009      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

7            By:   _/s/ Sheena V. Jain_ _____

8                SEAN P. NALTY
                SHEENA V. JAIN

9                Attorneys for Defendants
               LIFE INSURANCE COMPANY OF NORTH AMERICA

10              & RELIANCE STEEL & ALUMINUM CO.'S
               LONG TERM DISABILITY PLAN

11   Date: November 10, 2009      LAW OFFICES OF LAURENCE F.PADWAY

14            By:   _/s/ Laurence F. Padway_ _____

15                LAURENCE F. PADWAY
               Attorney for Plaintiff

16                HEATHER CONNER

17                   **[~~PROPOSED~~] ORDER**

18      The Court hereby orders that defendants' opposition to plaintiff's motion for an order

19 directing defendants to augment the administrative record shall be filed no later than December 11,

20 2009. Plaintiff's reply brief shall be filed no later than December 21, 2009.

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

24 Date: November 10 , 2009

25                           United States District Judge