1  SEAN P. NALTY (SBN 121253)
   SHEENA V. JAIN (SBN 251912)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH AMERICA
   & RELIANCE STEEL & ALUMINUM CO.'S
7  LONG TERM DISABILITY PLAN

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  HEATHER CONNER, | Case No.: CV09-2487 JSW |
| 11          Plaintiff, | |
| | **STIPULATION TO MODIFY BRIEFING** |
| 12      v. | **SCHEDULE; [PROPOSED] ORDER** |
| 13  RELIANCE STEEL & ALUMINUM CO.'S | Date: January 15, 2010 |
|     LONG TERM DISABILITY PLAN, | Time: 9:00 a.m. |
| 14 | Crtrm: 11, 19th Floor |
|         Defendant. | |
| 15 | Location: San Francisco |
| | Judge Jeffrey S. White |
| 16 | |
| 17 | |
|     LIFE INSURANCE COMPANY OF NORTH | |
| 18  AMERICA, | |
| 19          Real Party In Interest. | |

20

21      Due to the press of business and the unavailability of potential declarants due to the holiday

22  season, the parties hereby stipulate to modify the briefing schedule proposed by the Court in the

23  Order dated November 10, 2009 as follows:

24      1.   The opposition to the motion shall be filed no later than December 16, 2009.

25      2.   The reply brief shall be filed no later than December 23, 2009.

26  **IT IS SO STIPULATED**

27  ///

28  ///

1

STIPULATION TO MODIFY BRIEFING SCHEDULE; [PROPOSED] ORDER
488460.1                                              USDC NDCA Case #CV09-2487 JSW

Date: December 10, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:  /s/ Sheena V. Jain
     SEAN P. NALTY
     SHEENA V. JAIN
     Attorneys for Defendants
     LIFE INSURANCE COMPANY OF NORTH AMERICA
     & RELIANCE STEEL & ALUMINUM CO.'S
     LONG TERM DISABILITY PLAN


Date: December 10, 2009        LAW OFFICES OF LAURENCE F.PADWAY


By:  /s/ Laurence F. Padway
     LAURENCE F. PADWAY
     Attorney for Plaintiff
     HEATHER CONNER

### [PROPOSED] ORDER

The Court hereby orders that defendants' opposition to plaintiff's motion for an order directing defendants to augment the administrative record shall be filed no later than December 16, 2009. Plaintiff's reply brief shall be filed no later than December 23, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: December 11, 2009

/s/ Jeffrey S. White
United States District Judge