SEAN P. NALTY  (SBN 121253)
SHEENA V. JAIN (SBN 251912)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
& RELIANCE STEEL & ALUMINUM CO.'S
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER,<br><br>        Plaintiff,<br><br>    v.<br><br>RELIANCE STEEL & ALUMINUM CO.'S<br>LONG TERM DISABILITY PLAN,<br><br>        Defendant.<br>_____ | Case No.:  CV09-2487 JSW<br><br>**STIPULATION TO MODIFY BRIEFING<br>SCHEDULE; [PROPOSED] ORDER**<br><br>Date:  January 15, 2010<br>Time:  9:00 a.m.<br>Crtrm: 11, 19th Floor<br><br>Location: San Francisco<br>Judge Jeffrey S. White |
| LIFE INSURANCE COMPANY OF NORTH<br>AMERICA,<br><br>        Real Party In Interest. | |

        Due to the press of business and the unavailability of potential declarants due to the holiday

season, the parties hereby stipulate to modify the briefing schedule proposed by the Court in the

Order dated November 10, 2009 as follows:

        1.        The opposition to the motion shall be filed no later than December 16, 2009.

        2.        The reply brief shall be filed no later than December 23, 2009.

**IT IS SO STIPULATED**

///

///

1

Date: December 10, 2009      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:    /s/ Sheena V. Jain
        SEAN P. NALTY
        SHEENA V. JAIN
        Attorneys for Defendants
        LIFE INSURANCE COMPANY OF NORTH AMERICA
        & RELIANCE STEEL & ALUMINUM CO.'S
        LONG TERM DISABILITY PLAN

Date: December 10, 2009      LAW OFFICES OF LAURENCE F.PADWAY


By:    /s/ Laurence F. Padway
        LAURENCE F. PADWAY
        Attorney for Plaintiff
        HEATHER CONNER

## [PROPOSED] ORDER

The Court hereby orders that defendants' opposition to plaintiff's motion for an order directing defendants to augment the administrative record shall be filed no later than December 16, 2009. Plaintiff's reply brief shall be filed no later than December 23, 2009.


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Date: December 11, 2009

United States District Judge