1  LAURENCE F. PADWAY (SBN 89314)
   KAREN K. WIND (SBN 124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA  94501
   Telephone:    (510) 814-0680
4  Facsimile:    (510) 814-0650

5  Attorneys for Plaintiff
   HEATHER CONNNER
6

7  SEAN P. NALTY  (SBN 121253)
   SHEENA V. JAIN (SBN 251912)
8  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, CA  94105
10 Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
11
   Attorneys for Defendants
12 LIFE INSURANCE COMPANY OF NORTH AMERICA
   & RELIANCE STEEL & ALUMINUM CO.'S
13 LONG TERM DISABILITY PLAN

14
                   UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  HEATHER CONNER, | ) Case No.: CV09-2487 JSW |
| 18           Plaintiff, | ) |
| 19      v. | ) **STIPULATION TO RESCHEDULE** <br> ) **DISPOSITIVE MOTIONS;** <br> ) [~~PROPOSED~~] **ORDER** |
| 20  RELIANCE STEEL & ALUMINUM CO.'S <br> LONG TERM DISABILITY PLAN, | ) Date: February 19, 2010 |
| 21 | ) Time: 9:00 a.m. |
|           Defendant. | ) Crtrm: 11, 19th Floor |
| 22 | ) |
| 23  LIFE INSURANCE COMPANY OF NORTH <br> AMERICA, | ) Location: San Francisco <br> ) Judge Jeffrey S. White |
| 24 | ) |
|           Real Party In Interest. | ) |
| 25 | ) |

26      By its order dated September 22, 2009, the Court set the date for dispositive motions in this

27 case as February 19, 2010.  Subsequently, Plaintiff filed a motion for leave to conduct discovery

28                                                1

---
**STIPULATION TO RESCHEDULE DISPOSITIVE MOTIONS; [~~PROPOSED~~] ORDER**
USDC NDCA Case #CV09-2487 JSW
488460.1

and for defendants to augment the administrative record. The Court issued an order on Plaintiff's motion to conduct discovery on January 5, 2010. Given that limited discovery is now pending pursuant to the court's order, the parties desire to reschedule dispositive motions to a later date. The parties hereby stipulate, and they respectfully request consent by the Court, to have dispositive motions heard on April 2, 2010, or as soon thereafter as the Court's calendar will allow, so that there will be sufficient time for briefing after discovery is completed.

**IT IS SO STIPULATED**

Date: January 15, 2010     LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Karen K. Wind
KAREN K. WIND
Attorney for Plaintiff
HEATHER CONNER

Date: January 15, 2010     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sheena V. Jain
SEAN P. NALTY
SHEENA V. JAIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA &
& RELIANCE STEEL & ALUMINUM CO.'S LONG TERM
DISABILITY PLAN

[PROPOSED] ORDER

The Court hereby orders that the date for the hearing on dispositive motions shall be April 2, 2010. Parties shall follow a 4-brief schedule.

IT IS SO ORDERED

Date: January 19, 2010

/s/ Jeffrey S. White
United States District Judge

2