LAURENCE F. PADWAY (SBN 89314)
KAREN K. WIND (SBN 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:   (510) 814-0680
Facsimile:     (510) 814-0650

Attorneys for Plaintiff
HEATHER CONNNER


SEAN P. NALTY  (SBN 121253)
SHEENA V. JAIN (SBN 251912)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:   (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant & Real Party In Interest
LIFE INSURANCE COMPANY OF NORTH AMERICA
& RELIANCE STEEL & ALUMINUM CO.'S
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER,<br><br>              Plaintiff,<br><br>     v.<br><br>RELIANCE STEEL & ALUMINUM CO.'S LONG TERM DISABILITY PLAN,<br><br>              Defendant.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Real Party In Interest. | Case No.:  CV09-2487 JSW<br><br>**STIPULATION TO MODIFY DISPOSITIVE MOTION, PRE-TRIAL AND TRIAL SCHEDULE; [PROPOSED] ORDER**<br><br>Date: April 2, 2010<br>Time: 9:00 a.m.<br>Crtrm: 11, 19th Floor<br><br>Location: San Francisco<br>Judge Jeffrey S. White |

---

STIPULATION TO MODIFY SCHEDULE; [PROPOSED] ORDER
USDC NDCA Case #CV09-2487 JSW

By its order dated January 19, 2009, the Court continued the hearing date on dispositive motions in this case from February 19, 2010 to April 2, 2010, in order to provide the parties with sufficient time to conduct and respond to discovery. Given the discovery propounded by Plaintiff, it appears the parties will need additional time to resolve potential discovery disputes and complete discovery. The parties desire to modify the schedule in the above-captioned matter to provide sufficient time to complete discovery and prepare dispositive motions, upon completion of discovery.

The parties hereby stipulate, and they respectfully request consent by the Court, to proceed with the following proposed schedule:

Last day to have dispositive motions heard: June 18, 2010 at 9:00 a.m.

Pre-trial conference: ~~August 2, 2010~~ August 23, 2010 at 2:00 p.m.

Trial date: September 13, 2010 at 8:00 a.m.

**IT IS SO STIPULATED**

Date: February  , 2010　　　LAW OFFICES OF LAURENCE F. PADWAY


By:   /s/
　　　LAURENCE F. PADWAY
　　　KAREN K. WIND
　　　Attorney for Plaintiff
　　　HEATHER CONNER

Date: February  , 2010　　　WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:   /s/
　　　SEAN P. NALTY
　　　SHEENA V. JAIN
　　　Attorneys for Defendant & Real Party In Interest
　　　LIFE INSURANCE COMPANY OF NORTH AMERICA &
　　　& RELIANCE STEEL & ALUMINUM CO.'S LONG TERM
　　　DISABILITY PLAN

- 1 -

STIPULATION TO MODIFY SCHEDULE; ~~[PROPOSED]~~ ORDER
USDC NDCA Case #CV09-2487 JSW
516701.1

1  **[~~PROPOSED~~] ORDER**

2  The Court hereby orders that the schedule in the above-captioned matter be modified as

3  follows:

4  Last day to have dispositive motions heard:  June 18, 2010 at 9:00 a.m.

5  Pre-trial conference:  ~~August 2, 2010 at 2:00 p.m.~~  August 23, 2010 at 2:00 p.m.

6  Trial date:  September 13, 2010 at 8:00 a.m.

8  IT IS SO ORDERED

9  Date: February 22, 2010

10  _____
    United States District Judge

- 2 -

STIPULATION TO MODIFY SCHEDULE; [~~PROPOSED~~] ORDER
USDC NDCA Case #CV09-2487 JSW
516701.1