```
 1  LAURENCE F. PADWAY (SBN 89314)
    KAREN K. WIND (SBN 124852)
 2  LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
 3  Alameda, CA  94501
    Telephone:   (510) 814-0680
 4  Facsimile:   (510) 814-0650

 5  Attorneys for Plaintiff
    HEATHER CONNNER
 6

 7  SEAN P. NALTY  (SBN 121253)
    SHEENA V. JAIN (SBN 251912)
 8  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 9  525 Market Street, 17th Floor
    San Francisco, CA  94105
10  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
11
    Attorneys for Defendant & Real Party In Interest
12  LIFE INSURANCE COMPANY OF NORTH AMERICA
    & RELIANCE STEEL & ALUMINUM CO.'S
13  LONG TERM DISABILITY PLAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER, | Case No.: CV09-2487 JSW |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY DISPOSITIVE MOTION, PRE-TRIAL AND TRIAL SCHEDULE;** |
| RELIANCE STEEL & ALUMINUM CO.'S LONG TERM DISABILITY PLAN, | **[PROPOSED] ORDER** |
| Defendant. | Date: April 2, 2010<br>Time: 9:00 a.m.<br>Crtrm: 11, 19th Floor |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Location: San Francisco<br>Judge Jeffrey S. White |
| Real Party In Interest. | |

---

STIPULATION TO MODIFY SCHEDULE; [PROPOSED] ORDER
USDC NDCA Case #CV09-2487 JSW

By its order dated January 19, 2009, the Court continued the hearing date on dispositive motions in this case from February 19, 2010 to April 2, 2010, in order to provide the parties with sufficient time to conduct and respond to discovery. Given the discovery propounded by Plaintiff, it appears the parties will need additional time to resolve potential discovery disputes and complete discovery. The parties desire to modify the schedule in the above-captioned matter to provide sufficient time to complete discovery and prepare dispositive motions, upon completion of discovery.

The parties hereby stipulate, and they respectfully request consent by the Court, to proceed with the following proposed schedule:

Last day to have dispositive motions heard: June 18, 2010 at 9:00 a.m.

Pre-trial conference: ~~August 2, 2010~~ August 23, 2010 at 2:00 p.m.

Trial date: September 13, 2010 at 8:00 a.m.

**IT IS SO STIPULATED**

Date: February   , 2010        LAW OFFICES OF LAURENCE F. PADWAY


                               By:     /s/
                                    LAURENCE F. PADWAY
                                    KAREN K. WIND
                                    Attorney for Plaintiff
                                    HEATHER CONNER

Date: February   , 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                               By:     /s/
                                    SEAN P. NALTY
                                    SHEENA V. JAIN
                                    Attorneys for Defendant & Real Party In Interest
                                    LIFE INSURANCE COMPANY OF NORTH AMERICA &
                                    & RELIANCE STEEL & ALUMINUM CO.'S LONG TERM
                                    DISABILITY PLAN

- 1 -

STIPULATION TO MODIFY SCHEDULE, ~~[PROPOSED]~~ ORDER
USDC NDCA Case #CV09-2487 JSW
516701.1

1 **[PROPOSED] ORDER**

2 The Court hereby orders that the schedule in the above-captioned matter be modified as
3 follows:

4 Last day to have dispositive motions heard: June 18, 2010 at 9:00 a.m.

5 Pre-trial conference: ~~August 2, 2010 at 2:00 p.m.~~  August 23, 2010 at 2:00 p.m.

6 Trial date: September 13, 2010 at 8:00 a.m.

8 IT IS SO ORDERED

9 Date: February 22, 2010

    _____
    *Jeffrey S. White*
10  United States District Judge

- 2 -

STIPULATION TO MODIFY SCHEDULE; [PROPOSED] ORDER
USDC NDCA Case #CV09-2487 JSW
516701.1