1  Laurence F. Padway (SBN 083914)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, CA  94501
3  Telephone: (510) 814-6100
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff Heather Conner
5
   Sean P. Nalty (SBN 121253
6  Dennis J. Rhodes (SBN 168417)
   Wilson, Else, Moskowitz, Edelman and Dicker, LLP
7  525 Market Street, 17th Floor
   San Francisco, CA 94105
8
   Telephone:     (415)433-0990
9  Facsimile:     (415) 434-1370

10 Attorney for Defendant and Real Party

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| HEATHER CONNER, | Case No. C09-02487 JSW |
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER RE BRIEFING SCHEDULE |
| RELIANCE STEEL & ALUMINUM CO.'s LONG TERM DISABILITY PLAN, | |
| Defendant, and | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest | |

22

23         Plaintiff Heather Conner, defendant Reliance Steel & Aluminum Co.'s Long Term

24 Disability Plan, and real party in interest Life Insurance Company of North America, by and

25 through their respective attorneys, hereby jointly stipulate to the following modification of the

26 current briefing and hearing schedule with regard to the parties' respective motions for judgment,

27

28 Stipulation re Briefing Schedule              Page 1 of  3

in light of the need for the parties to complete certain pending discovery procedures:

Plaintiff's opening brief due                                    July 9, 2010

Defendants' opposition and cross motion due:                     July 23, 2010

Plaintiff's reply and opposition to cross motion due:            August 6, 2010

Defendants' reply due:                                           August 20, 2010
                                                                          10
Hearing on cross motions:                                        September 3, 2010, or the
                                                                 earliest date thereafter that is
                                                                 convenient to the Court

       IT IS SO AGREED AND STIPULATED.


Date: May 13, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP



                            By:     /s/
                                    SEAN P. NALTY
                                    DENNIS J. RHODES
                                    Attorneys for Defendant RELIANCE STEEL &
                                    ALUMINUM CO.'s LONG TERM DISABILITY PLAN,
                                    Defendant, and LIFE INSURANCE COMPANY OF
                                    NORTH AMERICA




Date: May 13, 2010          LAW OFFICES OF LAURENCE F. PADWAY



                            By:     /s/
                                    LAURENCE F. PADWAY
                                    Attorneys for Plaintiff
                                    Alfredo Heather Conner




Stipulation re Briefing Schedule                 Page 2 of 3

1

**PROPOSED ORDER**

2          It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted, and

3    the hearing on the cross dispositive motions shall be held September 7, 2010.

4

5          Dated:   May 14, 2010

6                                                Hon. Jeffrey S. White
                                                 Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Stipulation re Briefing Schedule              Page 3 of 3