Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff Heather Conner

Sean P. Nalty (SBN 121253
Dennis J. Rhodes (SBN 168417)
Wilson, Else, Moskowitz, Edelman and Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

Telephone: (415)433-0990
Facsimile: (415) 434-1370

Attorney for Defendant and Real Party

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CONNER,<br><br>Plaintiff,<br>vs.<br><br>RELIANCE STEEL & ALUMINUM CO.'s LONG TERM DISABILITY PLAN,<br><br>Defendant, and<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Real Parties in Interest | Case No. C09-02487 JSW<br><br>STIPULATION ~~AND (PROPOSED) ORDER RE BRIEFING SCHEDULE~~ AND ORDER RE DISMISSAL |

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel of record, hereby stipulate and agree that the above named action be dismissed, with prejudice and in its entirety as to each party and Real Party in Interest, with each party to be responsible for their own attorney's fees and costs.

Date: October 28, 2010 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
DENNIS J. RHODES
Attorneys for Defendant RELIANCE STEEL & ALUMINUM CO.'s LONG TERM DISABILITY PLAN, Defendant, and LIFE INSURANCE COMPANY OF NORTH AMERICA

Date:October 28, 2010 LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
Alfredo Heather Conner

PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, all real parties in interest, and all claims for relief, each party to be responsible for their own attorney's fees and costs.

Dated: October 29, 2010

Hon. Jeffrey S. White
Judge of the United States District Court